Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED ___ LODGED
___ RECEIVED

DEC 28 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

| | |
|---|---|
| CHIDI N. ANUNKA | Case No. 3:20-cv-06252-BHS |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☑ No |
| -v- | |
| AMAZON SERVICE INTERNATIONAL, INC. | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Chidi N. Anunka |
| Street Address | 7401 Central Avenue, P.O. Box 14597 |
| City and County | Minneapolis |
| State and Zip Code | Minnesota   55414-0597 |
| Telephone Number | 612/300-4422 |
| E-mail Address | chidson@att.net |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Amazon Service International, Inc.
- Job or Title *(if known)*: Corporate Service Company
- Street Address: 300 Deschute Way SW, Suite 3
- City and County: Tumwater
- State and Zip Code: Washington 98501
- Telephone Number: 360 725 0377
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Chidi N. Anunka, is a citizen of the State of *(name)* Minnesota.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Amazon Service International, Inc. , is incorporated under the laws of the State of *(name)* Washington , and has its principal place of business in the State of *(name)* Washington

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$2,500,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see attached

## III  Statement of Claim

Plaintiff did not understand denying the offer to help in operation department, dept of origin.  August 13th, 2019, following four years in Operation department, plaintiff was given internal transferred to logistic department as a driver.  Shortly after orientation with logistic department driving work was outsourced, management gave no reason for outsourcing work, the outsourced left driver with nothing to do in a 10hr. shift Plaintiff offered to help in Operation dept. until needed to drive truck, defendant declined with a counteroffered to provide computer training in substitution to work outsourced, the counteroffer did not come through.  On Dec. 26th, 2019 end of peak/season came termination that left plaintiff confused with the outsourcing of work, offer to help in dept. of origin declined and the defendant computer training in substitution of outsourced never came through but shortly after termination was promotion of young.

## IV  Relief

Plaintiff as a day one associate at MSP5; first Amazon in Minnesota launched August 2nd 2015, Shakopee, MN.  Associates then were charged with responsibilities to work hard, make history help the company sustained in the State.  Plaintiff delivered through work performance, training Associates, good attendance also helped in other facilities during launching.  Shortly after Aug. 2015 other facilities were launched across the State, the hard work and good performance paved the way for launching more facilities. Termination not because of performance or attendance but the obsession to promote young and deprive work seniority plaintiff held over everyone across facilities, added to outstanding work record.  The discrimination left plaintiff very confused; plaintiff did the work ask of him, deliver result.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/15/2020

Signature of Plaintiff

Printed Name of Plaintiff  Chidi N. Anunka

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Chidi N. Amunka
P.O. Box 145797
Minneapolis, MN 55414-0597

US District Courthouse
Union Station Courthouse
1717 Pacific Avenue, Rm. 3100
Tacoma, Washington, 98402-3200

FILED _____ LODGED
_____ RECEIVED
DEC 28 2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY




U.S. POSTAGE PAID
FCM LG ENV
MINNEAPOLIS, MN
55414
DEC 18, 20
AMOUNT
$1.20
R2304M116207-57

