

THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CHIDI N. ANUNKA

                             Plaintiff

                                                                Case No. 3:20-cv-06252-BHS

v

AMAZON SERVICE INTERNATIONAL, INC.

                             Defendant

**Pretrial Statement**

Dated: this 8th day of January, 2022

Chidi N. Anunka
7401 Central Avenue
P.O. Box 14597
Minneapolis MN 55414-0597
Phone: 612/ 300-4422
chidson@att.net

**Pretrial Statement**

The listed employees are needed to testify to disprove plaintiff;

Dan Overland, First Site Leader, MN a witness to corporate policies such as no picture taking in the facility, etc.

Bannelos, Maribel: from out of state sent to help launch MSP5, Shakopee, MN Witness: unfair treatment practices

Victor, MSP5: ambassador and a Spanish speaker, quit job due to unfair promotional practices

Irvin, MSP9, that asked why having drivers around when work was outsourced; he is not only a witness to outsourcing also a witness to no picture taking in the facility and violation is automatic termination; as well as contractor sleeping on the job and no contract lost.

Listed above are undisputed employee of defendant, where not produced or allowed to appear before the court such failure will render all affidavits and witnesses in admissible. Defendant has full access of these employees and there should be no difficulty to have them testify.

Case is about age discrimination that ended plaintiff employment not policy violations defendant claimed.

Case is about promotional side tracking that put associates on a fast track for promotion to the detriment of plaintiff with proven record not rise to a meaningful level of promotion until terminated.

Case is about outsourcing work with no substitution in place, the offer to help in other areas denied and the computer training counteroffer never come through until work termination.

Case is about policy violation pretext against plaintiff work seniority in obsession of younger workplace.

Case is about the failure to provide derogations against plaintiff four-year work history prior to MSP9 transfer.

Case is about defendant inability to equitably enforce corporate policy.

Case is not about law technicalities or doubt casting; plaintiff submitted documents to support case, submitted also, employee names that defendant can produce to testify before the court, failure to allow them to testify will award case.

Age discrimination ended employment not the v\policy violation alleged. Plaintiff respectfully request court awards.

Submitted this 8th day of January, 2022

Chidi N. Anunka
7401 Central Avenue
P.O. Box 14597
Minneapolis, MN 55414-0597
Phone: 612 300-4422
chidson@att.net

THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CHIDI N. ANUNKA

                Plaintiff

                                                  Certificate of Service by mail
                                                  Case No. 3,20-cv-06252-BHS

v

AMAZON SERVICE INTERNATIONAL, INC.

                Defendant

I hereby certify that on January 8th, 2022, I caused the following document

**Pretrial Statement**

To be filed, delivered or to be mailed by priority mail to the following

Perkins Coie
1201 Third Avenue, suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

To the Court by priority mail: through the Court Clerk

Dated: this 8th day of January, 2022

Chidi N. Anunka
7401 Central Avenue
P.O. Box 14597
Minneapolis MN 55414-0597
Phone: 612/ 300-4422
chidson@att.net

